IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KENNETH N. NEU, | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO.4:08-CV-273-Y |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Director, T.D.C.J. | § | |
| Correctional Institutions Div., | § | |
| Respondent. | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS
(With special instructions to the clerk of Court)

In this action brought by petitioner Kenneth N. Neu under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on April 8, 2009; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on April 29, 2009.

The Court, after **de novo** review, concludes that Petitioner's objections must be overruled, and that all grounds for relief in the petition for writ of habeas corpus should be denied for the alternative reasons stated in the magistrate judge's findings and conclusions. Neu's first ground for relief, that he was denied his liberty interest on mandatory supervision because the Board of Pardons and Paroles required him to reside at a halfway house as a condition of his release, in addition to being time-barred under 28 U.S.C. § 244(d)((1), is alternatively denied for the reasons stated in the respondent's answer at section II(B), at pages 14-19.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Petitioner Kenneth N. Neu's petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED.

SIGNED May 8, 2009.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE